# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-5193-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **E2028587** |
| **vs.** | **Location Code: M13** |
| **PV HOLDING CORP.,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 5, 2024 is **VACATED**.

DATED this 5th day of December, 2024.

_____
John Johnston
United States Magistrate Judge